```
ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

**FILED**

**Dec 11, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Case No. 2:25-cr-0283 AC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 641 — Theft of Government Property |
| v. | ) |
| DYJAI JUMAR FOWLER, | ) |
| Defendant. | ) |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 641 – Theft of Government Property

The United States Attorney charges:  T H A T

DYJAI JUMAR FOWLER,

defendant herein, on or about August 27, 2025, at Travis Air Force Base, in Solano County, in the State and Eastern District of California, did knowingly embezzle, steal, purloin, and knowingly convert to his use and the use of another, a record, voucher, money, and thing of value of the United States and of a department and agency thereof, not exceeding the sum of $1,000.00, to wit: merchandise belonging to the Travis Air Force Base Exchange, in

violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

Dated: December 11, 2025        ERIC GRANT
                                United States Attorney

                           By:  */s/ Zulkar Khan*
                                ZULKAR KHAN
                                Assistant U.S. Attorney

## **PENALTY SLIP**

## **UNITED STATES v. DYJAI JUMAR FOWLER**

### **COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 641 – Theft of Government Property |
| PENALTY: | Imprisonment for not more than 1 year, or by a fine of not more than $100,000.00, or <u>both</u>. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | 1 year |