MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
DYJAI FOWLER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:25-cr-00283-AC |
| )<br>Plaintiff, ) | REQUEST FOR RULE 43 WAIVER OF |
| )<br>vs. ) | APPEARANCE; [~~PROPOSED~~] ORDER |
| )<br>DYJAI FOWLER, )<br>) | |
| Defendant. )<br>) | |
| _____ ) | |


Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, DYJAI FOWLER, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Mr. Fowler resides outside of Sacramento and has limited resources for transportation to Court. He is a full-time student with classes scheduled during most week day hours, often conflicting with the Court schedule. He is in regular communication with his counsel, who he has authorized to appear on his behalf if the Court will permit it.

Mr. Fowler hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if Mr. Fowler were personally present. Mr. Fowler further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without his personal

presence.

Respectfully submitted,


Dated:  June 15, 2026                    */s/ Megan T. Hopkins*
                                         MEGAN T. HOPKINS
                                         Attorney for Defendant
                                         DYJAI FOWLER


                                         */s/ Dyjai Fowler*
                                         DYJAI FOWLER
                                         Defendant
                                         (Original signature retained by attorney)


[PROPOSED] ORDER

The Court, having received, read, and considered the request for a waiver of appearance, and good cause appearing therefore, GRANTS the request. IT IS HEREBY ORDERED.


Dated: June 15, 2026


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request for Waiver of Appearance

2