MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
DYJAI FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00283-AC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) ) | CONFERENCE; [~~PROPOSED~~] ORDER |
| DYJAI FOWLER, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Zulkar Khan, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Dyjai Fowler, that the previously-scheduled status conference date of July 13, 2026, be continued to **July 20, 2026**, at 9:00 a.m. or such time thereafter as the Court is available, and converted to a change of plea and sentencing hearing.

The requested continuance will provide the parties the additional time needed to draft, review and execute the plea agreement, the terms of which have already been agreed upon. The parties will provide the Court with a courtesy copy of the agreement, once executed, and will be requesting immediate sentencing following the change of plea. The additional time will also provide Mr. Fowler with an opportunity to assess his ability to pay a fine and whether, if a fine is imposed, he will be requesting a payment plan.

/ / /

The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated:  July 9, 2026                              /s/ Megan T. Hopkins
                                                 MEGAN T. HOPKINS
                                                 Attorney for Defendant
                                                 DYJAI FOWLER

Dated: July 9, 2026                              ERIC GRANT
                                                 United States Attorney

                                                 /s/ Zulkar Khan
                                                 ZULKAR KHAN
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff


                                   ORDER

        IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The
status conference previously set for July 13, 2026, is hereby continued to July 20, 2026, at 9:00
a.m. and converted to a change of plea and sentencing hearing.


Dated: July 10, 2026


                                   _____
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE


Stipulation and Proposed Order to Continue Status Conference

2