UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

**DYJAI JUMAR FOWLER**

**USDC Case Number: 2:25-cr-00283-AC**

**JUDGMENT IN CRIMINAL CASE**
**(Class B Misdemeanor)**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 USC § 13 & Cal. Penal Code § 488 | Petty Theft |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $500.00 , a special assessment of $10.00 , and restitution in the amount of $469.00.

| | |
|---|---|
| Victim Name: United States Air Force Exchange | Restitution Amount $469.00 |
| Victim Name: | Restitution Amount $ |
| Victim Name: | Restitution Amount $ |

☒ Total financial obligation of $979.00 due immediately or no later than 12/31/2026.

☐ Monthly payments of $ , per month for months commencing on_and each month thereafter by the_of the month until paid in full.

☒ **COURT PROBATION** for a term of 12 months. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☐ You shall perform_hours of community service by_.

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of_beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on_by_.

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on_at_and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER**: The defendant shall complete the 4-hour California Theft Awareness Class course provided by coursefortheft.com and provide proof of completion to the government by 12/31/2026.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

**CLERK, UNITED STATES DISTRICT COURT**
Eastern District of California- Sacramento
501 I Street, #4-200
Sacramento, CA 95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 7/22/2026

/s/ Allison Claire

**Allison Claire**
United States Magistrate Judge

CRD Initials: JA